Maria Magdalena **RODRIGUEZ–DEL TORO, aka Maria Magdalena Enriquez, Petitioner,**

v.

.**Loretta E. LYNCH, Attorney General, Respondent.**

No. 12–71970.

United States Court of Appeals, Ninth Circuit.

July 30, 2015.

Douglas Jalaie, Esquire, The Law Office of Douglas Jalaie, Los Angeles, CA, for Petitioner.

Dana Michelle Camilleri, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: THOMAS, Chief Judge, CALLAHAN, Circuit Judge and SINGLETON,* Senior District Judge.

## ORDER

Respondent's Unopposed Motion to Remand is GRANTED. The panel's memorandum disposition filed June 4, 2015 is VACATED and this case is REMANDED for further proceedings.